PAPPAS, Respondent, v. NEW YORK CONTRACTING CO., PENNSYLVANIA TERMINAL, Appellant. (Supreme Court, Appellate Division, First Department. November 3, 1911.) Action by John Pappas against the New York Contracting Company, Pennsylvania Terminal. J. O. Toole, for appellant. G. H. Taylor, Jr., for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

PARADIES et al., Respondents, v. ANDERSON, Appellant. (Supreme Court, Appellate Division, Second Department. November 17, 1911.) Action by Henry C. Paradies and another against George Anderson. No opinion. Judgment of the Municipal Court affirmed, with costs.

PEARSON PUB. CO., Appellant, v. McARTHUR, Respondent. (Supreme Court, Appellate Division, First Department. October 13, 1911.) Action by the Pearson Publishing Company against Arthur McArthur. H. W. Bridges, for appellant. H. D. Merchant, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

PECK, Respondent, v. CITY OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Second Department. October 6, 1911.) Action by Eleanor Peck, an infant, by Harry H. Peck, her guardian ad litem, against the City of New York. No opinion. Judgment and order unanimously affirmed, with costs.

PEOPLE v. ANDERSON. (Supreme Court, Appellate Division, First Department. November 10, 1911.) Proceeding by the People of the State of New York against Mary Anderson. No opinion. Motion granted, unless appellant complies with terms stated in order. Order filed.

PEOPLE v. BANK OF STATEN ISLAND. (Supreme Court, Appellate Division, Third Department. November 29, 1911.) Proceeding by the People of the State of New York against the Bank of Staten Island. In the matter of the judicial settlement of the account of Joseph B. Mayer, as receiver of the Bank of Staten Island.
PER CURIAM. Ordered that the decision of the court (131 N. Y. Supp. 53) modifying the order appealed from be corrected, by fixing the receiver's commissions at $5,995.29.
HOUGHTON, J., dissents.

PEOPLE, Respondent, v. BASSLER, Appellant. (Supreme Court, Appellate Division, Third Department. November 15, 1911.) Proceeding by the People of the State of New York against Melinda Bassler. No opinion. Judgment appealed from affirmed.

PEOPLE, Respondent, v. BERGEN, Appellant. (Supreme Court, Appellate Division, Second Department. November 10, 1911.) Proceeding by the People of the State of New York against John C. Bergen. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. BERNARD. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York against Michael Bernard. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. BROOKLYN BANK IN CITY OF NEW YORK. (Supreme Court, Appellate Division, Third Department. September 28, 1911.) Proceeding by the People of the State of New York against the Brooklyn Bank in the City of New York.
PER CURIAM. Motion denied. See, also, 140 App. Div. 750, 126 N. Y. Supp. 155.
BETTS, J., not sitting.

PEOPLE v. BRUNO. (Supreme Court, Appellate Division, First Department. October 13. 1911.) Proceeding by the People of the State of New York against Tony Bruno. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE, Respondent, v. CASSASSA, Appellant. (Supreme Court, Appellate Division, First Department. November 17, 1911.) Proceeding by the People of the State of New York against Gerardo Cassassa. H. J. Goldsmith, for appellant. S. L. Richter, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. CONWAY, Appellant. (Supreme Court, Appellate Division, Fourth Department. November 15. 1911.) Proceeding by the People of the State of New York against Edward Conway. No opinion. Judgment and order affirmed.

PEOPLE v. DAVIS. (Supreme Court, Appellate Division, First Department. November 24, 1911.) Proceeding by the People of the State of New York against Alice Davis. No opinion. Motion to dismiss appeal granted. Order filed.

PEOPLE v. DELDUCCA et al. (Supreme Court, Appellate Division, Second Department. October 27, 1911.) Proceeding by the People of the State of New York against Pasquale Delducca and others. No opinion. Judgment of conviction of the County Court of Kings county reversed, and new trial ordered, for error in the admission of evidence of the arrest of Pasquale Delducca, at folios 316 and 317.